

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

June 18, 2024

> Application GRANTED. The parties have until **July 5, 2024** to file any application to reopen the action. The Clerk of Court is directed o terminate ECF No. 21.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: June 20, 2024
>       New York, New York

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Zelvin v. Wine Way, Inc.*
      Case No. 1:23-cv-11257-JGLC

Dear Judge Clarke:

    I represent the defendant in this matter. The Court's Order dated May 6, 2024, in response to docket no. 19, directed that the parties file any request to restore the action or a stipulation of dismissal by June 20, 2024. I write with the consent of plaintiff's counsel to request that the time for the parties to file a stipulation of dismissal be extended from June 20, 2024, up to and including July 5, 2024. This is defendant's first request for an extension of time to file a stipulation of dismissal. The basis for the request is that the parties are in the process of satisfying the terms of the settlement. We anticipate that will be completed in the next two weeks.

    Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc:   counsel for plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

141698225.1