UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LYNN ZELVIN, on behalf of herself and all others similarly situated,

                              Plaintiffs,

           -against-

WINE WAY, INC.,

                             Defendant.
-----------------------------------------------------------X

Case No. 1:23-cv-11257 (JGLC)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the above-entitled action is hereby dismissed with prejudice against Wine Way, Inc., as to all claims, causes of action, and parties, with each party bearing their own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41.

Dated: July 1, 2024

| MARS KHAIMOV LAW, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | Peter T. Shapiro, Esq. |
| 100 Duffy Avenue, Suite 510 | 77 Water Street, Suite 2100 |
| Hicksville, New York 11801 | New York, New York 10005 |
| (929) 324-0717 | (212) 232-1300 |
| mars@khaimovlaw.com | peter.shapiro@lewisbrisbois.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED: _Jessica Clarke_
                          U.S.D.J

Dated: July 1, 2024

139930651.1